UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VIRGINIA THOMAS** | **CIVIL ACTION** |
| **VERSUS** | |
| **BURLINGTON COAT FACTORY WAREHOUSE CORPORATION** | **NO. 25-00581-BAJ-RLB** |

## RULING AND ORDER

The Magistrate Judge issued a **Report and Recommendation (Doc. 13, the "Report")** recommending that the Court remand the above-captioned action to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana for lack of subject matter jurisdiction, based on Defendants' failure to establish that the amount in controversy exceeds the jurisdictional minimum for diversity jurisdiction under 28 U.S.C. § 1332. There are no objections to the Report.

Having carefully considered Defendants' Notice of Removal (Doc. 1) and the parties' memoranda setting forth their respective positions regarding whether Defendants have satisfied Section 1332's amount-in-controversy requirement (Doc. 6; Doc. 10), the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

19th JDC Certified

**IT IS ORDERED** that the above-captioned action be and is hereby immediately **REMANDED** to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, this 19th day of February, 2026

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**